Tony Appleby
FULL NAME

Same
COMMITTED NAME (if different)

California Health Care Facility
FULL ADDRESS INCLUDING NAME OF INSTITUTION

PO.Box 213040

H73297
PRISON NUMBER (if applicable)

*Related DOJ*

FILED
CLERK, U.S. DISTRICT COURT

SEP 2 - 2021

CENTRAL DISTRICT OF CALIFORNIA
BY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TONY APPLEBY** | CASE NUMBER |
| **V** | **CV21-7109-CJC (ADS)** |
| PLAINTIFF. | *To be supplied by the Clerk* |
| | Jury Trial Demanded |
| **JOHNSON & JOHNSON COMPANY** | |
| **JOHNSON & JOHNSON PHARMACEUTICALS** | **CIVIL RIGHTS COMPLAINT** |
| **ET;AL.** | **PURSUANT TO** *(Check one)* |
| DEFENDANT(S). | ☒ 42 U.S.C. § 1983 |
| | ☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971) |

## A. PREVIOUS LAWSUITS

1.  Have you brought any other lawsuits in a federal court while a prisoner: ☒ Yes   ☐ No

2.  If your answer to "1." is yes, how many?  __(2)  TWO__

    Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

    Tony Appleby V. Alex Farhat,MD.
    US District Court, Eastern District Of Ca.
    Case # 2:20 CV - 2113

    This currently pending and being screened by the court

    It involves orthopedics and the defendants negligence in issuing the order for corrective shoes and devices as ordered bythe orthopedic Dr.This Negligence has violated my Civil Rights

    **This claim was filed on or about 11-2- 2020**

---

**CIVIL RIGHTS COMPLAINT**

1

2

3   Tony Appleby

4   CALIFORNIA HEALTH CARE FACILTY

5   PO.Box 213040

6   Stockton, California (95213)

7   CDCR # H73297

8

9   Previous Lawsuits from front page

10  Lawsuit Number (2) Two As Directed On Cover.

11

12  Case ; 2;21-cv-04765-CJC-ADS

13

14  Tony Appleby  V  CDCR,ET  AL.

15  This case alledges Neglect, Deliberate Indifference

16  violating my civil rights under 42 U.S. C. 1983

17  This case is pending and under review by the Court.

18

19

20

21

22

23

24

25

26

27

23

a. Parties to this previous lawsuit:
   Plaintiff _____ Tony Appleby _____

   Defendants _____ Alex Farhat,Md. _____

b. Court __U.S.District Court,Eastern District Of California__

c. Docket or case number ____# 2:20-CV -21 13__

d. Name of judge to whom case was assigned ___Not Known__

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) ____Case is pending and being screened__

f. Issues raised: _____ Deliberate indifference _____

g. Approximate date of filing lawsuit: __11-2-2020__

h. Approximate date of disposition ___Pending__

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☒Yes  ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☒ Yes   ☐ No

   If your answer is no, explain why not _____

   _____

   _____

3. Is the grievance procedure completed? ☒Yes   ☐ No

   If your answer is no, explain why not _____

   _____

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff _____ Tony Appleby _____
                                                              (print plaintiff's name)

who presently resides at ___California Health Care Facility ,Stockton Ca.___ ,
                                    (mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at

_____ CHCF, Stockton California _____
                (institution/city where violation occurred)

on (date or dates) ___Deliberate Indifference_____ . _____ . _____ .
                      (Claim I)              (Claim II)              (Claim III)

**NOTE:**    You need not name more than one defendant or allege more than one claim. If you are naming more than
             five (5) defendants, make a copy of this page to provide the information for additional defendants.

1.  Defendant _____**Johnson & Johnson Corporation**_____ resides or works at
                   (full name of first defendant)
              _____**Phili. Pa.**_____
                   (full address of first defendant)
              _____**Entire Corporation**_____
                   (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual   ☒ official capacity.

Explain how this defendant was acting under color of law:
_____**This is a large Corporation doing business across**_____
_____**the United States. Even After it was discovered the Ill**_____
      **they hid the findings**

2.  Defendant ___**Johnson & Johnson Pharmaceutical**_____ resides or works at
                   (full name of first defendant)
              _____**Same As above**_____
                   (full address of first defendant)
              _____**Same As above**_____
                   (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual   ☒ official capacity.

Explain how this defendant was acting under color of law:
_____**They hid the findings of Risiperdal for  extended**_____
_____**time, including permanent effects**_____

3.  Defendant _____ resides or works at
                   (full name of first defendant)
              _____
                   (full address of first defendant)
              _____
                   (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:
_____
_____

4.  Defendant ___N/A_____ resides or works at
        (full name of first defendant)

    _____
        (full address of first defendant)

    _____
        (defendant's position and title, if any)

    The defendant is sued in his/her (Check one or both): ☐ individual    ☐ official capacity.

    Explain how this defendant was acting under color of law:

    _____

    _____

5.  Defendant ___NA_____ resides or works at
        (full name of first defendant)

    _____
        (full address of first defendant)

    _____
        (defendant's position and title, if any)

    The defendant is sued in his/her (Check one or both): ☐ individual    ☐ official capacity.

    Explain how this defendant was acting under color of law:

    _____

    _____

**D. CLAIMS***

CLAIM I

The following civil right has been violated:

> The Fifth, Fourteenth and 8th Amendments
> these rights were violated by not being advised
> nor warned about the many side affects of Risperdal.
> This warnings were non exsistant and intentionally
> hid from the public and myself

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

> Johnson & Johnson originally had no warning labels
> pertaining to all the side affects caused by long term
> consumption In any event even if they did it would
> not have benefited myself as I was administered this
> medication in single doses by a nurse. I was prescribed
> this drug for 15 years or there abouts.Being in prison
> I was not made aware of these irreversible side
> affects until long after I experienced and developed
> multiple side affects. J &J Knowingly withheld information
> about the side effects. They had not done enough to make
> physicians aware of the issue, also that J & J had purposely
> concealed and falsified information about the risks of their
> medication!

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.*

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

AS shown on the following pages the side effects I have experienced and developed I believe I am entitled to a monetary settlement of 100 Million Dollars as settlement for the physical and mental damages I have suffered , additionally I am requesting Risperidalbe permanently taken off the market and banned for sale and or administered.

7-7-21

*(Date)*

Torry Appleby

*(Signature of Plaintiff)*

# STATEMENT OF FACTS

My name is Tony Appleby. I am currently incarcarated
at the California Health Care facility at Stockton
California. I have been prescribed and administered
the Pharmaceutical Drug Risperdal for the past 15 years.
I was never advised of the many side affects caused by
this drug.

I have experienced Gynecomastia (Male Breast growth)
The only way to cure or get rid of the breast Growth
is to have my Breast surgically removed.

The use of this drug has also caused Me to suffer Tardive
Dyskinesia(Uncontrollable Shaking Movement.)

In Addition to the above the long term use of Risperdal
I have developed Parkinson Disease.This is a irreversable
life long suffering disease. I am having to take the
medication  Amantadine for the Tardive Dyskinesia
twitching and shaking. I have continual muscle movements.

In continual suffering as a result of this drug use
being administered to me I am unable to have an erection
nor produce sperm. In addition to all this , I at one
point had perfect teeth. I could not understand for a long
time why I was having continual toothaches.The dentist kept
telling me I had perfect teeth that were healthy. but the
pain Continued,I finally found out it was the Risperdal
that was causing all the pain.The dentist pulled all my
teeth in thier entirety. I can no longer eat meats and
many other foods served in the prison .

(Page 2)of <u>Statement Of facts</u>

1

2    I am left with physical deformaties as well as Mental

3    health issues. I have been been teased and made fun of

4    in my housing units because of the breast growth. I have

5    even been made fun of because of the twitching.

6    I was never advised nor made aware of these many side

7    affects and many more that arent listed here. My Damages

8    are not only horrific but permanent.

9    I believe I am entitled to the demands made herein and

10   should not be penalized due to the amount of passinf time

11   as I was not made aware of the cause of many of my diseases

12   and physical problems until around February, 2020. As

13   a result of this notification , Johnsons& Johnsons tolling

14   discontinuation should not apply to me as a matter of law.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## PARTIES FOR VERIFICATION PURPOSES ONLY

**My** Name is once again Tony Appleby. My date of birth is September 29. 1962 I was prescribed and administered the pharmaceutical drug Risperdal. The below parties can verify they prescribed this medication to me .

1. Amy Farhadzadeh, Psychologist, on or about Sept 2018
2. Diane Dunne, Psychologist, on or about 2019
3. James Davison, Psychologist, 2019
4. Joyce martin, Psychologist, on or about march 2021
5. Alkaterini Senior Psychologist, May 2021

Newton Legal Nurse Consulting reviewed all or most all of my medical files. Their findings are enclosed herein .

Reciever Kelso, is the federal reciever appointed to oversee the medical care and treatment of california state prisoners,including but not limited to California health care facility. He can at any time verify medications and the lack of warnings on any particular medication.



# CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES



**Institutional Level Response**

**Closing Date:**   MAR 2 7 2020

**To:**   APPLEBY, TONY (H73297)
C 302A1152001LX
California Health Care Facility
P.O. Box 32050
Stockton, CA 95213

**Tracking #:**   CHCF HC 20000421

## RULES AND REGULATIONS
The rules governing these issues are:  California Code of Regulations, Title 15; Health Care Department Operations Manual; Mental Health Services Delivery System Program Guide; California Department of Corrections and Rehabilitation Department Operations Manual.

## HEALTH CARE GRIEVANCE SUMMARY
In your CDCR 602 HC, Health Care Grievance, you explained the decision, action, condition, omission, policy, or regulation that has had a material adverse effect upon your health or welfare for which you seek administrative remedy.

| Issue | Description |
|---|---|
| Issue:   Medication ( Side Effects/Allergies ) | You stated you are experiencing side effects from your medication (Respiradol); you are seeking remedy. |

## INTERVIEW
On March 13, 2020, you were interviewed by K. Atkins, Chief Psychiatrist, regarding this health care grievance. During the interview, you were allowed the opportunity to fully explain your health care grievance issue(s).

## INSTITUTIONAL LEVEL DISPOSITION
[X] No intervention.    [ ] Intervention.

## BASIS FOR INSTITUTIONAL LEVEL DISPOSITION
Your health care grievance package and health record, and all pertinent departmental policies and procedures were reviewed. You are enrolled in the Chronic Care Program, where your medical conditions and medication needs are closely monitored. Progress notes indicate there is a plan of care in place and the primary care provider has discussed the plan of care with you.

Your medical condition will continue to be monitored with care provided as determined medically or clinically indicated by the primary care provider. If you have additional health care needs, you may access health care services by utilizing the approved processes in accordance with California Correctional Health Care Services policy.

Note 1:  The institutional level review is based on records available as of the date the Institutional Level Response is signed by the reviewing authority.
Note 2:  The closing date reflects the closed, mailed/delivered date of the health care grievance.
Note 3:  Permanent health care grievance document.  Do not remove from the health care grievance package.

CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES

RECEIVED
HCCAB
APR 08 2020

Records indicate:
- Your medication in question was discontinued and you were prescribed different medications.

While the health care grievance process is a means of setting forth your health care concerns, it is not a substitute for direct communication about your health with your health care providers.  You are encouraged to continue your care with your assigned health care providers and share with them new or additional clinical information about your conditions that you believe may affect your care.  However, California law directs your health care providers to offer and provide only the care they determine to be currently medically or clinically necessary for you, in accordance with appropriate policies and procedures.  Previous orders from other health care facilities or staff, input from health care consultants, and/or your own personal preferences may be considered, but do not control the professional judgment of your current health care providers.

S. AREF, MD
Chief executive Officer
California Health Care Facility

3/26/2020
Reviewed and Signed Date

Note 1:  The institutional level review is based on records available as of the date the Institutional Level Response is signed by the reviewing authority.
Note 2:  The closing date reflects the closed, mailed/delivered date of the health care grievance.
Note 3:  Permanent health care grievance document.  Do not remove from the health care grievance package.

RECEIVED
HCCAB
APR 0 8 2020

CALIFORNIA CORRECTIONAL
**HEALTH CARE SERVICES**

STATE OF CALIFORNIA                                                                    DEPARTMENT OF CORRECTIONS AND REHABILITATION

# HEALTH CARE GRIEVANCE
CDCR 602 HC (Rev. 10/18)                                                                                                      Page 1 of 2

| STAFF USE ONLY | Expedited? | ☐ Yes | ☒ No | Tracking #: |
|---|---|---|---|---|

CHCF HC 2 0 0 0 0 4 2 1

Staff Name and Title (Print)  *M Lowe (RN)*                           Signature                              Date  2/12/2020

If you think you have a medical, mental health or dental emergency, notify staff immediately. If additional space is needed, use Section A of the CDCR 602 HC A Health Care Grievance Attachment. Only one CDCR 602 HC A will be accepted. You must submit this health care grievance to the Health Care Grievance Office for processing. Refer to California Code of Regulations (CCR), Title 15, Chapter 2, Subchapter 2, Article 5 for further guidance with the health care grievance process.

Do not exceed more than one row of text per line. WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First, MI): | CDCR #: | Unit/Cell #: |
|---|---|---|
| APPLEBY TONY | # 73297 | C2A-152 |

**SECTION A:** Explain the applied health care policy, decision, action, condition, or omission that has had a material adverse effect upon your health or welfare for which you seek administrative remedy:

I have been on a medication for mental health reasons - respiradol. I have been on it for years. I have developed Gynecomastia and other serious side effects. I complained to mental health staff and I was taken off of it about 20 days ago and have complained of psychological torment I suffer at the hands of abusive inmates who taunt and harass me almost daily. I found a canteen price list someone had slid under my door which had transgender items marked as a sadistic taunt. And an inmate in one of my self-help groups and in the day room called out to another inmate "There's the tranny with the breasts". This is extremely hurtful and it is because no doctor ever warned me about these side effects.

Supporting Documents Attached. Refer to CCR 3999.227  ☐ Yes  ☒ No

| Grievant Signature: *Tony Appleby* | Date Submitted: 2-11-20 |
|---|---|

BY PLACING MY INITIALS IN THIS BOX, I REQUEST TO RECEIVE AN INTERVIEW AT THE INSTITUTIONAL LEVEL.  *T.A.*

| SECTION B: HEALTH CARE GRIEVANCE REVIEW INSTITUTIONAL LEVEL: Staff Use Only | Is a CDCR 602 HC A attached? ☒ Yes ☐ No |
|---|---|

This grievance has been:

☐ Rejected (See attached letter for instruction):  Date: _____  Date: _____

☐ Withdrawn (see section E)

☒ Accepted   Assigned To: MH   Title: Chief Psychiatrist   Date Assigned: 3/2/20   Date Due: 4/17/20

Interview Conducted? ☒ Yes ☐ No   Date of Interview: 3-11-20   Interview Location: Unit

Interviewer Name and Title (print): L Donnelly f/x K. Atkins, MD, CP   Signature: _____   Date: 3-24-20

Reviewing Authority Name and Title (print): S. Aref, MD, CEO   Signature: _____   Date: 3/26/2020

Disposition: See attached letter   ☐ Intervention   ☒ No Intervention

HCGO Use Only: Date closed and mailed/delivered to grievant:  MAR 2 7 2020

| 1. Disability Code: | 2. Accommodation: | 3. Effective Communication: | |
|---|---|---|---|
| ☐ TABE score ≤ 4.0 | ☐ Additional time | ☐ Patient asked questions | RECEIVED CHCF  FEB 1 2 2020  HCGO |
| ☐ DPH☐ DPV☐ LD | ☐ Equipment☐ SLI | ☐ Patient summed information | COMPLETED CHCF  MAR 2 7 2020  HCGO |
| ☐ DPS☐ DNH | ☐ Louder☐ Slower | Please check one: | RECEIVED HCGAB USE ONLY  APR 08 2020 |
| ☐ DDP | ☐ Basic☐ Transcribe | ☐ Not reached☐ Reached | |
| ☒ Not Applicable | ☐ Other* | *See chrono/notes | |

4. Comments: _____



# CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES



### Headquarters' Level Response

**Closing Date:**   JUN 1 9 2020

**To:**   APPLEBY, TONY (H73297)
California Health Care Facility
P.O. Box 32050
Stockton, CA 95213

**From:**   California Correctional Health Care Services
Health Care Correspondence and Appeals Branch
P.O. Box 588500
Elk Grove, CA 95758

**Tracking #:**   CHCF HC 20000421

## RULES AND REGULATIONS
The rules governing these issues are:  California Code of Regulations, Title 15; Health Care Department Operations Manual; Mental Health Services Delivery System Program Guide; California Department of Corrections and Rehabilitation Department Operations Manual.

## HEALTH CARE GRIEVANCE APPEAL SUMMARY
In your CDCR 602 HC, Health Care Grievance, you explained the decision, action, condition, omission, policy, or regulation that has had a material adverse effect upon your health or welfare for which you seek administrative remedy.

| Issue | Description |
|---|---|
| Issue:   Medication (Side Effects/Allergies) | Adverse side effects from mental health medication. |
| Issue:   Non-Medical/Custody (Housing) | Permanent housing at California Health Care Facility. |
| Issue:   Chrono Issues (Single Cell) | Single cell status. |

## HEADQUARTERS' LEVEL DISPOSITION

☒ No intervention.     ☐ Intervention.

## BASIS FOR HEADQUARTERS' LEVEL DISPOSITION
Your health care grievance package and health record, and all pertinent departmental policies and procedures were reviewed.

- As indicated in the Institutional Level Response, the primary care clinician discontinued your medication risperidone (Risperdal) due to reported side effects.

- In March 2020, you received Interdisciplinary Treatment Team evaluation, as well as routine mental health consultations. You reported no new or worsening side effects from Risperdal since the medication

---

Note 1:  The headquarters' level review is based on records available as of the date the Headquarters' Level Response is signed by the reviewing authority.
Note 2:  The closing date reflects the closed, mailed/delivered date of the health care grievance.

CHCF HC 20000421
Page 2 of 3

was discontinued. The mental health treatment team determined your continued treatment at the Enhanced Outpatient Program level of care and housing in a single cell as clinically indicated.

- In April 2020, you received routine mental health consultations and daily wellness checks. You reported no additional side effects from any prescribed medication. The providers documented no acute symptoms or change in mental health or chronic conditions.
- In May 2020, you denied any issues regarding medications; you reported no new or worsening concerns to discuss with medical. Examinations indicated no acute distress. The primary care provider reviewed and discussed with you medication and treatment plan regarding your chronic conditions. You verbalized understanding plan of care.
- On June 9, 2020, you received mental health evaluation. The clinician noted no side effects or other concerns related to medication. There is no recent documentation that you have attempted to access health care services utilizing the approved processes for concerns related to gynecomastia or other side effects related to your mental health medications. Moreover, the primary care provider has not documented gynecomastia, or other side effects caused by your mental health medications, as an active diagnosis.
- You are enrolled in the Chronic Care Program, where your medical conditions and medication needs are closely monitored. Progress notes indicate there is a plan of care in place and the primary care provider has discussed the plan of care with you. If you have additional health care needs, you may access health care services by utilizing the approved processes in accordance with California Correctional Health Care Services policy.

You are enrolled in the Mental Health Services Delivery System at the Enhanced Outpatient Program level of care. You have been provided with the opportunity to access mental health services and clinical staff regarding your stated issues. Your mental health condition will continue to be monitored consistent with treatment guidelines, as outlined in the Mental Health Services Delivery System Program Guide.

The responsibilities of overall treatment planning within the Mental Health Services Delivery System rest with an Interdisciplinary Treatment Team. These responsibilities include formulation and approval of individualized treatment plans including a diagnosis, treatment objectives measurable in behavioral terms, housing recommendations, and level of care determinations. In consultation with the Interdisciplinary Treatment Team, the Primary Clinician develops an individualized treatment plan for all Mental Health Services Delivery System patients. Treatment plans are based on current assessments from all disciplines and with as much participation from the patient as possible. The patient shall be included in the Interdisciplinary Treatment Team, unless the patient refuses to participate. While it is best if the treatment team and patient agree, unanimity is not required.

While California Correctional Health Care Services health care providers are responsible for documenting health factors to be considered in making placement decisions, custody is responsible for determination of appropriate institutional placement and housing assignment. As such, it is recommended you address your concerns with your Correctional Counselor, other appropriate custody staff, or through the Institutional Classification Committee process.

Per the Health Care Department Operations Manual, Section 3.6.2, Comprehensive Accommodation, except for control of infectious disease or for mental health reasons as recommended by a Mental Health Interdisciplinary Treatment Team, housing (single cells, cell housing, dormitory housing) is not considered a medically necessary accommodation and will not be ordered by health care staff. Per California Code of Regulations, Title 15, Section 3269(f), "In cases where single cell status is recommended by clinical staff due to mental health or medical concerns, a classification committee shall make the final determination of an inmate's cell assignment." As such, it is recommended you address your concerns with your Correctional Counselor, other appropriate custody staff, or through the Institutional Classification Committee process.

Note 1: The headquarters' level review is based on records available as of the date the Headquarters' Level Response is signed by the reviewing authority.
Note 2: The closing date reflects the closed, mailed/delivered date of the health care grievance.

CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES

P.O. Box 588500
Elk Grove, CA  95758

As such, it is recommended you address your concerns with your Correctional Counselor, other appropriate custody staff, or through the Institutional Classification Committee process.

While the health care grievance process is a means of setting forth your health care concerns, it is not a substitute for direct communication about your health with your health care providers. You are encouraged to continue your care with your assigned health care providers and share with them new or additional clinical information about your conditions that you believe may affect your care. However, California law directs your health care providers to offer and provide only the care they determine to be currently medically or clinically necessary for you, in accordance with appropriate policies and procedures. Previous orders from other health care facilities or staff, input from health care consultants, and/or your own personal preferences may be considered, but do not control the professional judgment of your current health care providers.

This decision exhausts your administrative remedies.

_____
S. Gates, Chief
Health Care Correspondence and Appeals Branch
Policy and Risk Management Services
California Correctional Health Care Services

**JUN 1 2 2020**

_____
Reviewed and Signed Date

---

Note 1:  The headquarters' level review is based on records available as of the date the Headquarters' Level Response is signed by the reviewing authority.
Note 2:  The closing date reflects the closed, mailed/delivered date of the health care grievance.

CALIFORNIA CORRECTIONAL
**HEALTH CARE SERVICES**

P.O. Box 588500
Elk Grove, CA  95758

**HEALTH CARE GRIEVANCE**
CDCR 602 HC (Rev. 10/18)

| STAFF USE ONLY | Expedited? ☐ Yes ☒ No | Tracking #: |
|---|---|---|

**CHCF HC  20000421**

_Mr Lowe (Rn)_ _____ _[signature]_ _____ 2/12/2020
Staff Name and Title (Print)          Signature          Date

If you think you have a medical, mental health or dental emergency, notify staff immediately. If additional space is needed, use Section A of the CDCR 602 HC A Health Care Grievance Attachment. Only one CDCR 602 HC A will be accepted. You must submit this health care grievance to the Health Care Grievance Office for processing. Refer to California Code of Regulations (CCR), Title 15, Chapter 2, Subchapter 2, Article 5 for further guidance with the health care grievance process.

Do not exceed more than one row of text per line. WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First, MI): | CDCR #: | Unit/Cell #: |
|---|---|---|
| APPLEBY TONY | #-73297 | C2A-152 |

**SECTION A:** Explain the applied health care policy, decision, action, condition, or omission that has had a material adverse effect upon your health or welfare for which you seek administrative remedy.

I have been on a medication for mental health reasons - resperadol. I have been on it for years. I have developed Gynecomastia and other serious side effects. I complained to mental health staff and I was taken off of it about 20 days ago and have complained of psychological torment I suffer at the hands of abusive inmates who taunt and harass me almost daily. I found a canteen price list someone had slid under my door which had transgender items marked as a sadistic taunt. And an inmate in one of my self-help groups and in the dayroom called out to another inmate "There's the tranny with the breasts". This is extremely hurtful and it is because no doctor ever warned me about these side effects.

Supporting Documents Attached. Refer to CCR 3999.227  ☐ Yes  ☒ No

| Grievant Signature: _Tony Appleby_ | Date Submitted: 2-11-20 |
|---|---|

BY PLACING MY INITIALS IN THIS BOX, I REQUEST TO RECEIVE AN INTERVIEW AT THE INSTITUTIONAL LEVEL.  [T.A.]

**SECTION B:** HEALTH CARE GRIEVANCE REVIEW INSTITUTIONAL LEVEL: Staff Use Only    Is a CDCR 602 HC A attached? ☒ Yes  ☐ No

This grievance has been:

☐ Rejected (See attached letter for Instruction): Date: _____ Date: _____

☐ Withdrawn (see section E)

☒ Accepted    Assigned To: MH    Title: Chief Psychiatrist    Date Assigned: 3/2/20    Date Due: 4/17/20

Interview Conducted?  ☒ Yes ☐ No    Date of Interview: 3-11-20    Interview Location: Unit

Interviewer Name and Title (print): L Donnelly #, K. Atkins, MD, CP    Signature: _[signature]_    Date: 3-24-20

Reviewing Authority Name and Title (print): S. Aref, MD, CEO    Signature: _[signature]_    Date: 3/26/2020

Disposition: See attached letter  ☐ Intervention  ☒ No Intervention

HCGO Use Only: Date closed and mailed/delivered to grievant: MAR 27 2020

| 1. Disability Code: | 2. Accommodation: | 3. Effective Communication: |
|---|---|---|
| ☐ TABE score ≤ 4.0 | ☐ Additional time | ☐ Patient asked questions |
| ☐ DPH ☐ DPV ☐ LD | ☐ Equipment ☐ SLI | ☐ Patient summed information |
| ☐ DPS ☐ DNH | ☐ Louder ☐ Slower | Please check one: |
| ☐ DDP | ☐ Basic ☐ Transcribe | ☐ Not reached* ☐ Reached |
| ☒ Not Applicable | ☐ Other* | *See chrono/notes |

4. Comments.

RECEIVED CHCF   COMPLETED CHCF   RECEIVED
FEB 12 2020   MAR 27 2020   APR 08 2021
HCGO   HCGO   U SE C A B   F O R U SE O N L Y

STATE OF CALIFORNIA
**HEALTH CARE GRIEVANCE ATTACHMENT**
CDCR 602 HC A (06/17)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
Page 1 of 2

**STAFF USE ONLY**

Institution: _____   Tracking #: CHCF HC 20000421

Attach this form to the CDCR 602 HC, Health Care Grievance, only if more space is needed. Only one CDCR 602 HC A may be used.
Do not exceed more than one row of text per line. WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

Name (Last, First, MI): APPLEBY TONY

CDCR Number: H-73299   Unit/Cell Number: C2A-152

**SECTION A** Continuation of CDCR 602 HC, Health Care Grievance, Section A only (Explain the decision, action, condition, omission, policy or regulation that has had a material adverse effect upon your health and welfare for which you seek administrative remedy) :

I didn't want to write it but feel now I should And ask that this be kept confidential: One of the side effects is that my penis has shrunk. I Am very embarrased about this And reluctant to talk about it. I Am classified as "medical treatment And return". If I go back to dorm living the inmates will again taunt me when they see my small penis like they did before — only I never know then why it shrunk so much, but now that I do know it will hurt me even more to be victimized again. I need this matter investigated, I need medical care physical and mental health. and I need to be retained as a permanent patient at CHCF On single-cell status until relief can be found.

Grievant Signature: Tony Appleby   Date Submitted: 2-11-20

**SECTION B** Continuation of CDCR 602 HC, Health Care Grievance Appeal, Section B only (Dissatisfied with Health Care Grievance Response) :

Grievant Signature: _____   Date Submitted: _____

RECEIVED CHCF FEB 12 2020 HCGO   COMPLETED CHCF MAR 27 2020 HCGO   RECEIVED HC APR 08 2020   COMPLETE HC JUN 19 2020   STAFF USE ONLY



**GENERAL SERVICES**

CALIFORNIA DEPARTMENT OF

**Governor Gavin Newsom**

07/23/2020

Tony Appleby H73297
P.O. Box 32200
Stockton, CA 95213

RE: Claim 20006047 for Tony Appleby H73297 against Department of Corrections and Rehabilitation

Dear Tony Appleby,

Government Claims Program (GCP) staff completed its investigation of your claim and rejected it for the following reasons.

The claim involves complex issues that are beyond the scope of analysis and legal interpretation typically undertaken by the GCP. Claims involving complex issues are best determined by the courts. Therefore, staff did not make a determination regarding the merit of the claim, and it is being rejected so you can initiate court action if you choose to pursue this matter further.

If you choose to pursue court action in this matter, it is not necessary or proper to include the GCP in your lawsuit unless the GCP was identified as a defendant in your original claim. Please consult Government Code section 955.4 regarding proper service of the summons.

If you have questions about this matter, please feel free to contact GCP by phone, mail, or email using the contact information below. Please remember to reference the assigned claim number (20006047) in your communication.

Sincerely,

Eric Rivera, Program Analyst
Government Claims Program
gcinfo@dgs.ca.gov

**WARNING:** Subject to certain exceptions, you have only six (6) months from the date this notice was personally delivered or deposited in the mail to file a court action on this claim. See Government Code Section 945.6. You may seek the advice of an attorney of your choice in connection with this matter. If you desire to consult an attorney, you should do so immediately.

Office of Risk and Insurance Management | *State of California* | *Government Operations Agency*
*707 3rd Street, 1st Floor* | *West Sacramento, CA 95605* | *t* 800.955-0045 *f* 916-376-6387

Newton Legal Nurse Consulting
3960 W. Point Loma Blvd #H223
San Diego, CA  92110
Phone: 858-602-2470
E-Mail: Tara@NewtonLegalNurse.com

Ben Rudin
3830 Valley Centre Dr.
Ste. 705, PMB 231
San Diego, CA 92130

Re: Appleby, Tony
Subject: Medical Record Review

Dear Attorney Ben Rudin:

**Records Reviewed**
I have received and reviewed the following documents associated with the above matter:

       * ToAp Medical files, 43 pages
       * ToAp Medical files_003, 1,548 pages

**Expert Background**
By way of background, I have worked as a registered nurse since 2001, in various departments and facilities in the clinical and academic settings. In the academic setting, I provided direct nursing instruction for the bachelor and masters prepared nursing student. In the clinical setting, I have provided skilled direct nursing care for high-risk labor and delivery to general medical-surgical care of patients. For the past 12 years, I was the Advanced Practice Nurse for the Wound and Ostomy Department for a large five (5) hospital system, including the outpatient clinics. As an Advanced Practice Nurse, I provided staff with training and education regarding Safe Patient Movement and Handling. As a registered nurse with advanced degrees, I am familiar and educated on the Standards of Care (SOC) for patients.

**Past Medical History / Medical Records**
Mr. Appleby was diagnosed with Schizophrenia, when he was in the 8th grade.

In the current medical records, pg. 41/1,548, date, 2005, there is a note by a psychiatrist that documented the side effects of Risperdal. However, I did not see any documentation of the current complaints - symptoms that Mr. Appleby is suffering from.



From about 2009 – 2010, Mr. Appleby was medicated with Risperdal. Per review of current medical records, it was noted on pg. 46/1,548, March 16, 2011, that Mr. Appleby did have some Tardive Dyskinesia of his right hand and lips.  I did not see any other documentation relating to the current complaints - symptoms regarding the side effects Risperdal.

Newton Legal Nurse Consulting
3960 W. Point Loma Blvd #H223
San Diego, CA  92110
Phone: 858-602-2470
E-Mail: Tara@NewtonLegalNurse.com

**Brief Medical Timeline**
In 2019, breast tissue development was noted/documented.

January 14, 2020, Dr. Wang documented the tremor of his right hand and that he should tapper off the medication.

February 4, 2020, Dr. Ramos documented the encounters of other inmates commenting on Mr. Appleby's man breasts, teasing him and wearing a bra. A catalog slip was found in his cell with feminine products highlighted.  The doctor also noted that, "Patients recent circumstances do not help his process."

February 25, 2020, Dr. Wang documented mild to moderate gynecomastia by taking Risperidone (Risperdal). Also, he has developed mild degree of tardive dyskinesia. His tongue and lips have involuntary movement which are enhanced by tapping fingers in the air. It is a good decision to stop taking Risperidone.

From about October 2019 – August 2020, several episodes of panic attacks, shortness of breath and cardiac episodes, including chest pain, palpitations and EKG monitoring were documented.

June 30, 2020, "Making fun of him" due to the breast development.

July 20, 2020, "People laughing" about breast development.

July 27, 2020, documentation about "Grew Breasts". Mr. Appleby was depressed and embarrassed.

September 2, 2020, diagnosed as Pre-Diabetic.

**Expert Professional Opinion**
Given the information provided, it is my professional opinion within a reasonable degree of nursing and medical probability and certainty, that it appears that Deliberate Indifference occurred in the treatment and care of Mr. Appleby.

In addition, Mr. Appleby's overall health and mental status declined due to the side effects of Risperdal. Decline in his overall health included, pre-diabetes/diabetes, dental issues, tardive dyskinesia, Gynecomastia, Cardiac Conditions (shortness of breath, chest pain, palpitations, and EKG monitoring), additional mood disorders such as anxiety attacks, Dementia (new onset) Sexual Dysfunction, to name a few.

Newton Legal Nurse Consulting
3960 W. Point Loma Blvd #H223
San Diego, CA  92110
Phone: 858-602-2470
E-Mail: Tara@NewtonLegalNurse.com


Thank you for asking for my opinion on this matter. I reserve the right to amend my report
should additional information become available for my review.

Sincerely,

December 29, 2020

Tara Bohannon, RN, MSN, CWON, CLNC
Certified Legal Nurse Consultant

## POINTS AND AUTHORTIES IN THIS MATTER

1. Crowley v. Bannister, 734 F 3d.

2. Nicholas Murray v Johnson & Johnson

Andrew Yount v. Johnson & Johnson

4. Austin Pleger v. Johnson & Johnson

Timothy Strange v. Johnson & Johnson

Brown v Hughs ,894, F.2d 1553 (11th Cir. 1990

Smith v. Shettle,946 F2d ,1250  7th Cir ( 1990)

Sullivan ,605N.E. 2d

Thomas v Mills 614 Fed. Appx.777,778 (5th Cir.2015)

# PROOF OF SERVICE BY MAIL
## [CCP §§ 1013(a), 2015.5]

STATE OF CALIFORNIA, COUNTY OF <u>SAN JOAQUIN</u>

I am a citizen of the County of <u>SAN JOAQUIN</u>, State of California. I am a citizen of the United States of America. I am over the age of eighteen (18) and not a party to this action. I am a resident of the County of San Joaquin, CDCR# <u>H-73297</u>

My address is:   TONY APPLEBY
California Health Care Facility
<u>P.O. BOX 213040</u>
Stockton, CA ~~95215~~ 95213

On <u>8</u>, <u>26</u>, 2021, I served via United States Mail a copy of the following document(s): CIVIL RIGHTS COMPLAINT
UNITED STATES DISTRICT COURT, CENTRAL DISTRICT
OF CALIFORNIA
The above-noted legal document(s) was placed in a sealed envelope, with postage thereon fully prepaid, addressed to the person at the address indicated below pursuant to California Code of Civil Procedure Section 1013. I placed the envelope or package in a mailbox or other like facility addressed to:

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. This document was executed on <u>8-26-21</u>, 2021 in San Joaquin County, California.

<u>Tony Appleby</u>
Type of Print Name

<u>Tony appley</u>
Signature

TONY APPLEBY H-73297
CHCF-C2A-112
P.O. BOX 213040
STOCKTON, CA. 95213

RECEIVED
CLERK, U.S. DISTRICT COURT

SEP - 2 2021

CENTRAL DISTRICT OF...

CN

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, Room 180
Los Angeles, CALIFORNIA 90012

LEGAL MAIL

