UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 2:21-07109 CJC (ADS)  Date: March 31, 2022

Title: *Appleby v. Johnson & Johnson Corp., et al.*

---

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorney(s) Present for Plaintiff(s):  Attorney(s) Present for Defendant(s):
None Present  None Present

**Proceedings:**  **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND OBEY COURT ORDERS**

On November 19, 2021, Plaintiff Tony Appleby filed a First Amended Civil Rights Complaint ("FAC") pursuant to 42 U.S.C. § 1983. (Dkt. No. 10.) The Court dismissed the FAC with leave to amend and gave Plaintiff three options on how to proceed with the case. (Dkt. No. 13.) However, as of the date of this Order, the Court has received no response from Plaintiff.

Accordingly, Plaintiff is ordered to show cause why this case should not be dismissed for failure to prosecute and obey court orders. Plaintiff must file a written response by no later than **April 14, 2022**. Alternatively, Plaintiff may respond to this Order by (a) filing a Second Amended Complaint; (b) voluntarily dismissing the case; or (c) filing a statement with the Court indicating the desire to continue to move forward with the FAC despite the weaknesses noted by the Court in the Order Dismissing with Leave to Amend.

Plaintiff is expressly warned that failure to timely file a response to this Order may result in a recommendation to the District Judge that this action be dismissed for failure to prosecute and obey Court orders pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Initials of Clerk kh