UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 2:21-07109 CJC (ADS)                                    Date: June 15, 2022

Title: *Appleby v. Johnson & Johnson Corp., et al.*

---

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND OBEY COURT ORDERS**

   In November 2021, Plaintiff Tony Appleby filed a First Amended Civil Rights Complaint ("FAC") pursuant to 42 U.S.C. § 1983.  (Dkt. No. 10.)  The Court dismissed the FAC on screening, and Plaintiff was given three options on how to proceed with his case.  (Dkt. No. 13.)  Plaintiff's response to the screening order was due March 16, 2022.  (Id. at 3.)  Plaintiff subsequently filed an Application for Enlargement of Time asking for additional time to file his response.  (Dkt. No. 15.)  The Application was granted, and Plaintiff's response to the screening order was due by May 20, 2022.  (Dkt. No. 17.)  As of the date of this Order to Show Cause, Plaintiff has not filed his response.

   Accordingly, Plaintiff is ordered to show cause why this case should not be dismissed for failure to prosecute and obey court orders.  Plaintiff must file a written response by no later than **July 6, 2022**.  Plaintiff may respond to this Order to Show Cause by (a) filing a Second Amended Complaint; (b) voluntarily dismissing the case; or (c) filing a statement with the Court indicating the desire to continue to move forward with the FAC despite the weaknesses noted by the Court in the screening order.
//
//
//

---

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 2:21-07109 CJC (ADS)                                         Date: June 15, 2022

Title: *Appleby v. Johnson & Johnson Corp., et al.*

    Plaintiff is expressly warned that failure to timely file a response to this order may result in a recommendation to the District Judge that this action be dismissed without prejudice for failure to prosecute and obey court orders pursuant to Federal Rule of Civil Procedure 41(b).

    **IT IS SO ORDERED.**

Initials of Clerk kh